LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JOSHUA CLYMER

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEONARD WILLIAMS AND JOSHUA CLYMER,<br><br>　　　　Defendants. | Case No.: 2:08-CR-00376 EJG<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for March 16, 2012 be vacated and continued to May 4, 2012. Additional time is necessary for counsel to review and analyze discovery, conduct investigation and fully assess potential options in this matter.  Defendant Clymer is new to this case and he and his counsel require time to prepare.  The government has indicated that substantial discovery is available for inspection and has indicated its intent to provide scanned images of much of this discovery by Friday, March 16, 2012.

The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4. It is further agreed and stipulated that the ends of justice served in granting this request outweigh the best interests of the public and the defendants in a speedy trial.

///

| | | | |
|---|---|---|---|
| DATED: March 14, 2012 | | by: | /s/ Chris Cosca<br>CHRIS COSCA<br>Attorney for Defendant<br>JOSHUA CLYMER |
| DATED: March 14, 2012 | | by: | /s/ Joseph J. Wiseman<br>JOSEPH J. WISEMAN<br>Attorney for Defendant<br>LEONARD WILLIAMS |
| DATED: March 14, 2012 | | by: | /s/ Russell L. Carlberg<br>RUSSELL L. CARLBEG<br>Assistant U. S. Attorney |

## **ORDER**

The status conference scheduled for March 16, 2012 is vacated and continued to May 4, 2012 at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4. The Court finds that a continuance is necessary to give counsel reasonable time to prepare in this matter. The Court further finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED:  March 15, 2012                                    /s/ Edward J. Garcia
                                                          EDWARD J. GARCIA
                                                          U.S. District Court Judge