LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JOSHUA CLYMER

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br>JOSHUA CLYMER,<br><br>　　　　　Defendant. | Case No.  2:08-CR-00376-11 WBS<br><br>**STIPULATION AND [PROPOSED]　ORDER TO MODIFY RECOMMENDATION FOR INCARCERATION** |

**Stipulation**

On February 9, 2015, the court sentenced JOSHUA CLYMER to 24 months in prison with a recommendation that he be incarcerated at the facility in Lompoc, California. Upon further reflection and investigation, Mr. Clymer now requests a recommendation for incarceration at the Taft Federal Correctional Institution in Taft, California.

Accordingly, the parties, through their undersigned counsel, stipulate that the court may modify the judgment herein to reflect a recommendation that Mr. Clymer be incarcerated at the Taft Federal Correctional Institution in Taft, California, but only insofar as this accords with security classification and space availability.

///
///
///
///

USA v. Clymer- Stip and Order　　　　　1

**SO STIPULATED.**

DATED: February, 16, 2015    by:    /s/ Chris Cosca
                                    CHRIS COSCA
                                    Attorney for Defendant
                                    JOSHUA CLYMER

DATED: February, 16, 2015    by:    /s/ Chris Cosca for
                                    CHRISTOPHER HALES
                                    Assistant U. S. Attorney

**IT IS SO ORDERED.**

**Dated: February 17, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

USA v. Clymer- Stip and Order        2