LAW OFFICES OF CHRIS COSCA
CHRIS COSCA      CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JOSHUA CLYMER

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>JOSHUA CLYMER,<br><br>       Defendant. | Case No.  2:08-CR-00376-11 WBS<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO MODIFY RECOMMENDATION FOR INCARCERATION** |

### Stipulation

On February 9, 2015, the court sentenced JOSHUA CLYMER to 24 months in prison with a recommendation that he be incarcerated at the facility in Lompoc, California. Upon further reflection and investigation, Mr. Clymer now requests a recommendation for incarceration at the Taft Federal Correctional Institution Camp in Taft, California.

Accordingly, the parties, through their undersigned counsel, stipulate that the court may modify the judgment herein to reflect a recommendation that Mr. Clymer be incarcerated at the Taft Federal Correctional Institution Camp in Taft, California, but only insofar as this accords with security classification and space availability.

///
///
///
///

USA v. Clymer- Stip and Order            1

**SO STIPULATED.**

DATED: February 19, 2015        by:     /s/ Chris Cosca
                                        CHRIS COSCA
                                        Attorney for Defendant
                                        JOSHUA CLYMER

DATED: February 19, 2015        by:     /s/ Chris Cosca for
                                        CHRISTOPHER HALES
                                        Assistant U. S. Attorney

**IT IS SO ORDERED.**

**Dated:  February 20, 2015**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE