1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   AUDREY B. HEMESATH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. CRS-08-0376-WBS

                        Plaintiff,     REQUEST TO VACATE STAUS CONFERENCE
12                                     AND ENTER ORDER OF RESTITUTION
               v.
13                                     DATE: March 23, 2015
   LEONARD WILLIAMS,                   TIME: 9:30 a.m.
14 JOSHUA CLYMER                       COURT: Hon. William B. Shubb

15                      Defendants.

16

17        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18 through his counsel of record, hereby stipulate that status conference of March 23, 2015, be taken

19 calendar and that the Court find that no restitution will be ordered in this case.

20        In accordance with the procedures of 18 U.S.C. § 3664, the government made multiple requests

21 in order to obtain documentation and an accurate accounting that fairly establishes restitution from the

22 victims or their successors in interest. Recognizing that this type of information can be difficult to

23 obtain in a mortgage fraud case, since loans mortgage loans during the time period in question were

24 often packaged and resold and many original lending institutions have failed and have been replaced by

25 successors in interest, the Court has continued this matter for that purpose. However, the requested

26 information has not been provided. The parties agree that a reasonable time has passed to allow

27 compliance with the government's requests and that additional time is unlikely assist in obtaining the

28 requisite documentation.

                                                  1

Accordingly, the government agrees that it is unable to establish the amount of restitution owed by the defendants in this case.

For the foregoing reasons, the parties request that this matter be submitted and that the Court find that no restitution will be ordered in this case.

IT IS SO STIPULATED.

DATED: March 19, 2015.

/s/ Audrey B. Hemesath
CHRISTOPHER D. HALES
AUDREY B. HEMESATH
Assistant United States Attorneys

DATED: March 19, 2015.

/s/ Joseph Wiseman
JOSEPH WISEMAN
Counsel for Defendant Leonard Williams

DATED: March 19, 2015.

/s/ Christopher Cosca
CHRISTOPHER COSCA
Counsel for Defendant Joshua Clymer

**O R D E R**

IT IS SO ORDERED.

Dated: March 19, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2